UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


BRUCE A. ZERINGUE                                    CIVIL ACTION

VERSUS                                               NUMBER: 09-5935

MICHAEL J. ASTRUE,                                   SECTION: "I"   (5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of the parties to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further

proceedings consistent with the Court's opinion.

New Orleans, Louisiana, this _____25th_____ day of August, 2010.


_____
                LANCE M. AFRICK
        UNITED STATES DISTRICT JUDGE